# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE BLAINE MILLS, | Civil No. 3:17-cv-1331 |
| Petitioner | (Judge Mariani) |
| v. | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, *et al.*, | |
| Respondents | |

## ORDER

**AND NOW**, this 17th day of January, 2018, in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion (Doc. 3) to appoint counsel is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge